SARAH R. WOLK (SBN 251461)
*srw@wolklevine.com*
ZACHARY LEVINE (SBN 265901)
*zjl@wolklevine.com*
Wolk & Levine, LLP
535 N. Brand Blvd., Ste. 300
Glendale, CA 91203
Telephone: 818-241-7499
Facsimile: 323-892-2324

Attorneys for Plaintiff The X-Law Group, PC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE X-LAW GROUP, PC, a California professional corporation;<br><br>              Plaintiff,<br><br>    vs.<br><br>X.LAW, an unknown entity; and JOHN DOE 1-10;<br>              Defendants. | CASE NO.: 1:25-CV-03337-WLH (JPRx)<br><br>Complaint Filed: 04/16/2025<br>Trial Date: Not set<br><br>RESPONSE TO AUGUST 21, 2025 ORDER |

     Pursuant to the Court's August 21, 2025 Order (Document No. 11), Plaintiff's counsel is hereby responding showing cause why the case should not be dismissed for lack of prosecution.

     Defendant(s) in this matter has/have used a proxy to register the x.law domain (the "Domain") that is confusingly similar to Plaintiff's "X-Law" trademark (the "Mark") and is attempting to anonymously sell the same to Plaintiff

using GoDaddy as an intermediary. Plaintiff requested information about the identity of Defendant informally from GoDaddy and checked the WHOIS records for the Domain, but was unable to discover the identity of the Defendant. Accordingly, Plaintiff filed an ex parte for leave to serve a subpoena on GoDaddy prior to the Rule 26(f) Conference. The Honorable Jean P. Rosenbluth granted Plaintiff's ex parte in part allowing Plaintiff to serve a narrow subpoena on GoDaddy.

Since that time, Plaintiff's counsel served a subpoena on GoDaddy.com, LLC and send GoDaddy.com, LLC copies of the Order allowing the subpoena and the complaint in this matter. The subpoena response is due September 12, 2025.

Thus, Plaintiff requires more time to obtain documents from GoDaddy, review the documents, name the John Doe defendants in this case, locate the defendants, and serve them.

DATED: August 28, 2025                    WOLK & LEVINE, LLP


___/s/Sarah R. Wolk_____
By: Sarah R. Wolk, Esq.
Attorneys for Plaintiff The X-Law Group, PC