SARAH R. WOLK (SBN 251461)
Wolk & Levine, LLP
535 N. Brand Blvd., Ste. 300
Glendale, CA 91203
Telephone: 818-241-7499

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE X-LAW GROUP, PC, a California professional corporation<br><br>Plaintiff(s),<br>v.<br>X.LAW, an unknown entity; and JOHN DOE 1-10<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-03337<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| 10/6/2025 | *Sarah R. Wolk*<br>ID.zXiexEL4ONZ.I7dSPYZpMbLTp |
| Date | Signature of Attorney/Party |

NOTE:  **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

## eSignature Details

**Signer ID:**     **zXiexEL4QN7J7dSPY7nMhLTp**
Signed by:     Sarah R Wolk
Sent to email:     srw@wolklevine.com
IP Address:     35.150.140.151
Signed at:     Oct 6 2025, 3:22 pm PDT